**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, LILYAN NAVARRO**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LILYAN NAVARRO,** | Case No. CV-13-5137 PJH |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND (** ~~Proposed~~ **) ORDER FRCP 41(a)(1)(A)(ii)** |
| v. | |
| **HOLIDAY GENERAL GP, LLC,** a California Limited Liability Company, **HOLIDAY GP HOUSE, LLC,** a California Limited Liability Company, **JOY OF LIFE CLUB XII, LLC,** a California Limited Liability Company, **SKYLINE AVATAR HOUSE, LP,** a California Limited Partnership, all dba **AVATAR HOTEL,** and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

Plaintiff **LILYAN NAVARRO** and Defendants **HOLIDAY GENERAL GP, LLC,** a California Limited Liability Company, **HOLIDAY GP HOUSE, LLC,** a California Limited Liability Company, **JOY OF LIFE CLUB XII, LLC,** a California Limited Liability Company, **SKYLINE AVATAR HOUSE, LP,** a California Limited Partnership, all dba **AVATAR HOTEL** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of

the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:     October 9, 2014          /s/ Jason K. Singleton
                                    Jason K. Singleton, Attorney for
                                    Plaintiff, **LILYAN NAVARRO**

**GORDON & REES, LLP**

Dated:     October 8, 2014          /s/ Mollie Burks-Thomas
                                    Mollie Burks-Thomas, Attorneys for Defendants **HOLIDAY GENERAL GP, LLC, a California Limited Liability Company, HOLIDAY GP HOUSE, LLC, a California Limited Liability Company, JOY OF LIFE CLUB XII, LLC, a California Limited Liability Company, SKYLINE AVATAR HOUSE, LP, a California Limited Partnership, all dba AVATAR HOTEL**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>NAVARRO v HOLIDAY GENERAL GP, et al.</u>, Case Number CV-13-5137 PJH, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated:  10/31/14                    _____
                                    PHYLLIS J. HAMILTON
                                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*